# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1919

_____

Larry Coffman,

        Appellant,

v.

Jay Nixon; Joan L. Moriarty,

        Appellees.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Missouri.
\*
\*    [UNPUBLISHED]
\*

_____

Submitted: September 1, 2004
Filed: September 3, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Larry Coffman appeals the district court's[1] preservice dismissal as frivolous of his 42 U.S.C. § 1983 complaint, which he filed in forma pauperis (IFP). Having carefully reviewed the record de novo, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude the district court properly dismissed the complaint for the reasons explained by the court, see Waller v. Groose, 38 F.3d 1007, 1008 (8th Cir. 1994) (per curiam) (previous preservice dismissal as frivolous does not bar plaintiff from asserting identical claim in

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

subsequent fee-paid complaint, but such dismissal does have res judicata effect on frivolousness determination for future IFP complaint asserting same claims).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____